# United States District Court
# For The Western District of North Carolina
# Charlotte Division

THERESA Y GRAHAM,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                         3:08CV328

THE CHARLOTTE OBSERVER,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2009 Order.

Signed: July 8, 2009

Frank G. Johns, Clerk
United States District Court